

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2014

Nos. 04-14-00136-CR
04-14-00137-CR
04-14-00138-CR
04-14-00139-CR

Billy Edward **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court Nos. 12-CR-611, 12-CR-615, 12-CR-613 & 12-CR-609
Honorable Jose Luis Garza, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeals are DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on May 7, 2014.

Marilyn Blynn Board_____

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle, Clerk